94

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles T. McINTOSH, Defendant–**
**Appellant.**

**No. 12–2286.**

United States Court of Appeals,
Seventh Circuit.

Submitted Aug. 23, 2012.

Decided Aug. 28, 2012.

William J. Roach, Attorney, Office of the United States Attorney, Green Bay, WI, for Plaintiff–Appellee.

Charles T. McIntosh, Otisville, NY, pro se.

Before WILLIAM J. BAUER, Circuit Judge and DIANE S. SYKES, Circuit Judge.

**ORDER**

We have considered the *Anders* brief submitted by the attorney for the defendant-appellant, Charles T. McIntosh. The brief is sufficient on its face and we agree that there are no non-frivolous grounds for appeal. The motion to withdraw is granted and the appeal is dismissed.